FILED

SEP 23 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Charles Ellis SR
(Name of Plaintiff)

(Address of Plaintiff)
17810 Industrial frm RD
Bakersfield, ca 93308

vs.

Kern co. Sheriff Dept

Kern Co. ET, AL

(Names of Defendants)

1:22-CV-01209-SAB-(PC)
(Case Number)

COMPLAINT



RECEIVED
SEP 23 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner: ☒ Yes ☐ No

   B. If your answer to A is yes, how many?: __2__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

     1. Parties to this previous lawsuit:

       Plaintiff Charles Ellis

       Defendants County of Kern ET, AL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

US District court for the easton Distrce of ca

3. Docket Number   12.2-CV-00436-ADA-BAM

4. Name of judge to whom case was assigned   ADA-BAM

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   PENDING.

6. Approximate date of filing lawsuit   3/22

7. Approximate date of disposition   ?

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No

      If your answer is no, explain why not _____

   C. Is the grievance process completed?   ☒ Yes   ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant  SGT. ESCANDON  is employed as  A Kern County Sheriff Detentions  at  Lerdo Jail Kern county

   B. Additional defendants  County of Kern ET. AL

2

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Please See Attached.

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like Damages For pain & suffering from Neglect in the Amount of $20,000
$20,000.00
Twenty thousand.

Signed this __9__ day of __10__, 20__22__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__9/13/22__                              _____
(Date)                                    (Signature of Plaintiff)

3

1. I have Been seeing the DR.'s here at lerdo
2. Pretrial Jail for a year now, concerning my knee
3. Pain. I have had to have fluid Drained from my left
4. knee, repeatedly, and I have been seen Repeatedly
5. for This knee injury that is constantly painfull
6. and swollen. After so long of constant complaints
7. and consistant Draining, The DR's here at lerdo
8. Jail Decided to send me to A Bone (orthopedic)
9. Specialist to try and find out the cause of the
10. constant pain and swelling. I was sent out to
11. see an orthopedic specialist and after examination
12. of my knee, He told the Jail DR's, to make sure I
13. keep my knee elevated & to be non weight bearing
14. on my leg untill an (MRI) could be appointed at his
15. reccomendation. He could not diagnose the injury from
16. ex Rays, so he set up an appointment for MRI to
17. Be conducted. In The mean time while awaiting my
18. MRI appointment, lerdo Jail DR's called me up
19. To see (MD Line) the Doctor Due to my ortho
20. appointment and was told that the orthopedic DR
21. wanted me to use crutches to prevent any further
22. Damage & to reduce pain from having to limp around
23. all day on my injured leg. I agreed to use the
24. crutches & also a Ace Bandage was provided for
25. relief to keep the pressure of swelling to a
26. minimum.
27. The DRs. sent in the chrono for crutches to custody
28. SGT Escandon of The Kern County lerdo Jail
And he denied my chrono for crutches and a
leg wrap, Because he says I was observed
walking on camera.

If the cameras are to be called into question I agree I was seen walking on camera. However I was limping severely and anyone could tell I was in some kind of leg pain. Besides, I was prescribed crutches in order to be in compliance with the orthopedics order to be non weight bearing, not bec I couldn't walk. So for SGT Escandon to deny the DRs orders for facility equipment (crutches) to be given to me, denied me of my 8th and 14 U.S. Constitutional right, to recieve medical treatment. His intervention of Doctors wishes & recomendeto due to his denial of my crutches, led to me having to continue to walk around limping extremely every day, in order to just live each day & make it to court or doctors appointments, further causing pain & damage to my already injured knee.

On 8-18-22 I had my MRI conducted and it was determined that I have an extreme tear in my left miniscus and all the cartuledge in my knee is gone causing bone on bone contact that is the cause of my swelling & all of my pain..

SGT Escandon is a SGT Detentions Deputy. He is not a DR. And for him to deny my DRs orders, violated my rights to medical treatment and caused further pain and injury.

Thank you