Plaintiff's Name **CHARLES ELLIS SR**
Inmate No. **2311971**
Address **17810 Industrial farm RD**
**Bakersfield, ca 93308**
**Lerdo Justice facility**

FILED
NOV 07 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**1:22-CV-01209-SAB**

(Name of Plaintiff)                                         (Case Number)

VS.
**Kern county sheriffs'**
**Department, and county**
**of Kern, eT, al**

AMENDED CIVIL RIGHTS COMPLAINT UNDER:

☒ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED
NOV 07 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(Names of all Defendants)

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

   A. Have you brought any other lawsuits while a prisoner? Yes **✓** No____

   B. If your answer to A is yes, how many? **2**

   Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

   1. Parties to this previous lawsuit:
      Plaintiff **Charles Ellis**
      Defendants **County of Kern ET, al**

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      **United States district courts eastern District of Calif**

   3. Docket Number **1:22-CV-00436**   4. Assigned Judge **ADA-SKO**

   5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
      **Pending**

B. Name _____ is employed as _____

Current Address/Place of Employment _____

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

<u>Claim 1</u>: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

14th Amendment Due Process clause, right to receive Adequate medical care

<u>Supporting Facts</u> (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

Please See attached Marked

Continuation Pg #1 etc

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Plaintiff Request Monetary Damages for Pain & suffering as well as mental Anguish, caused by the on going Pain, as well as frustration behind departmental Policy in The amount of $75,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10-24-22      Signature of Plaintiff: _[signature]_

(Revised 4/4/14)

Plaintiff is a Pre-trial detainee, Housed in the Kern County Jail, Lerdo Justice facility. Plaintiff has been being treated for Knee Pain, in this County Jail since 3-of-21. Medical Staff here in the County Jail have Noted, considerable swelling to Plaintiffs Left Knee, and on several occasions have had to send Plaintiff out, to have fluid drained from his Left Knee, in order to supply comfort. This has been going on continously, sometimes once a month. Finally Jail Doctors, decided to try and find the Cause of Plaintiffs knee injury, and scheduled an appointment with an orthopedic specialist, to assist in the area of, and to find the cause.

After Plaintiffs regular scheduled visit, with the orthopedic specialist was conducted Plaintiff was then transported Back to the Lerdo County Jail, to await another visit with the facility's doctor, in order to go over any findings, and reccomendations, made by the orthopedic specialist.

Plaintiff was called in to the facility's medical area and was seen by the facility doctor and was told that the orthopedic doctor did not visably, see any reason for the fluid and swelling and that, the X-Ray showed no further help. I was then informed of The Orthopedic Doctors recomendations and Temporary remedy's, while I await an "MRI," that He had scheduled on my behalf.

1  I was told by facility doctors, that the orthopedic
2  specialist, wanted me to use "crutches", in order to
3  comply with his order, to be "Non weight bearing"
4  on my left swollen knee, and that I was to try
5  and keep my leg elevated, as much as possible
6  untill the problem, causing me "extreme pain could be
7  found, due to his "MRI" recommendation.
8    Facility Doctors, asked me would I be willing
9  to use crutches, and I said yes, and then they
10 provided me with an Ace Bandage wrap, as they
11 also wrapped my left knee as well.
12   Plaintiff then concluded the doctors visit and
13 was escorted to his cell, to await the delivery of
14 the crutches.
15 At around 8pm that same night, the Nurse who
16 passes out medication, came by my door and as
17 she passed me my medication, she also passed
18 me a facility "chrono," concerning my crutches and
19 leg wrap.
20 I read on the face of the chrono, that Plaintiff
21 was to be issued facility equipment, in the form
22 of crutches, as well as a leg wrap. But further
23 on down at the bottom of the chrono, I saw
24 that the chrono had been "denied" by custody
25 staff, SGT. Escandon, with a note stating
26 that my chrono and prescription for crutches
27 would be denied because I was seen walking
28 on camera, by SGT. Escandon.

1. AT THis time PlainTiFF Was indeed walking
2. However, any visual person, or camera, would see
3. PlainTiFF Limping, in obvious Pain. It would be
4. clear to see that PlainTiFF was barely able to
5. Walk or put weight on his leg, due to his injury.
6. PlainTiFF was never un-able to walk at any
7. stage of time, & in order for PlainTiFF to be able to
8. use Crutches, it would take some form of being
9. able to walk in order to do so.
10. SGT Escandon, a custody and security staff
11. member, of high rank, violated my 14th amendment
12. By denying me my right to adequate medical care.
13. His Decision was a decision he made, put the
14. PlainTiFF at Risk of Causing further harm, and
15. Serious pain to be Endured by the PlainTiFF
16. SGT Escandon. Did not take it upon his self
17. as being one of high rank, to go investigate
18. and find the reason a recommendation was made
19. in the first place, showing Blatant disregard
20. to PlainTiFF safety, and by not taking such
21. measures the defendant caused PlainTiFFs
22. injuries As He did. Not take any reasonable
23. steps, or available measures to abate the risk,,
24. After PlainTiFF discovered That SGT Escandon
25. denied me the relief of Medical Care and medical
26. equipment, PlainTiFF filed an Institutional
27. Grievance, complaining That the SGT Decision
28. to deny, violated my 14Th amendment Due Process

clause, by denying my right to recieve adaquate medical care. After turning in my complaint, I was informed by way of response, to my grievance that it is institutional policy, that the sgt was led by, in his decision to deny me my medical equipment, therefore Plaintiff further alleges that The Kern co. sheriff's department as a whole, Based on institution policy, and or customs caused Plaintiffs injuries, By their policy being the guide That allows high ranking custody staff to be able to approve or dissaprove, Precriptions Prescribed by facility doctors and care givers. This Policy allowed the sgt. to fail to act in my favor causing a Deliberate indifference, to the violation of my rights, as to the department itself, following Policy, in which a Pattern of Prior and similliar violations of Inmates and Plaintiffs federally protected rights. I hereby state that the following above nformation, is Honest and true, to the Best of my ability. Dated 10-24-22

Signed Charles E. ___ SR

Charles Ellis SR