# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01209-JLT-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION<br><br>(ECF No. 26) |

Plaintiff Charles Ellis, Sr., is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion for an extension of time to file an opposition to Defendants' motion to dismiss, filed June 20, 2023.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition. No further extensions of time will be granted, absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated:  **June 21, 2023**

UNITED STATES MAGISTRATE JUDGE

1