UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS, SR., <br><br> Plaintiff, <br><br> v. <br><br> KERN COUNTY SHERIFF DEPARTMENT, et al., <br><br> Defendants. | No. 1:22cv-01209-JLT-SAB (PC) <br><br> ORDER TERMINATING ACTION PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL <br><br> (ECF No. 55) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is a stipulation for voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel. (ECF No. 55.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant, and indicates that each party shall bear its own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated:   **November 20, 2024**

STANLEY A. BOONE
United States Magistrate Judge